10-21382.o7

**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA**
Miami Division

Case Number: 10-21382-CIV-BROWN

THIS IS A CONSENT CASE

RAQUEL BARRERA, et al.,

    Plaintiffs,

vs.

OFFICINA, INC., and JOSEPH ASSAF,

    Defendants.
_____/

**ORDER DENYING MOTION
TO STRIKE TRIAL WITNESS LIST**

    **THIS MATTER** is before this Court on plaintiffs' Motion to Strike Trial Witness List (D.E. 91). The Court has considered the motion, the response, and all pertinent materials in the file. There is no reply. The Court being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** that the Motion is **DENIED**, based on the response.

    **DONE AND ORDERED** this 3rd day of May, 2011, at Miami, Florida.

                              s/Stephen T. Brown
                              STEPHEN T. BROWN
                              CHIEF UNITED STATES MAGISTRATE JUDGE

cc:   counsel of record